## IN THE MATTER OF DAVID SCHNEIDER, AN ATTORNEY-AT-LAW.

Decided March 26, 1956.

PER CURIAM. It being made known to the court that the respondent was found guilty after a trial in the Middlesex County Court of the crime of bribery, and the respondent consenting,

It is ordered that he be suspended from the practice of law until the further order of the court.

*For suspension until further order*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.